**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**KEITH MCDAY,**

                      **Plaintiff,**                      **9:14-cv-997
                                                                   (GLS/ATB)**

                      v.

**CORRECTION OFFICER D.
BUSHEY et al.,**

                      **Defendants.**
_____

**APPEARANCES:**                                **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Keith McDay
Pro Se
04-A-4724
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821

**FOR THE DEFENDANTS:**
Hon. Eric T. Schneiderman         DENISE P. BUCKLEY
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe
Senior District Judge**

## ORDER

      The above-captioned matter comes to this court following a Report-

Recommendation (R&R) by Magistrate Judge Andrew T. Baxter, duly filed

on August 8, 2016.  (Dkt. No. 61.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

Plaintiff *pro se* Keith McDay filed objections to the R&R.  (Dkt. No. 64.)  Throughout his objections, McDay complains that summary judgment was inappropriate because, in his view, he was denied discovery.  (*Id.*)[1]  The objections are otherwise too conclusory to trigger *de novo* review or merely a rehashing or arguments he raised in opposition to defendants' motion.  (*Compare id.*, *with* Dkt. No. 59, Attach. 2 at 2-4.)  Because the R&R is free from clear error, *see Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *6 (N.D.N.Y. Jan. 18, 2006), it is adopted in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 61) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for partial summary judgment

---

[1] While McDay specifically objects that the R&R "fail[ed] to address" his argument that he was "unable to complete discovery," (Dkt. No. 64 at 1), he is simply incorrect.  As the R&R notes, the discovery-related issues were raised and addressed before the summary judgment motion was filed.  (Dkt. No. 61 at 9 n.3.)

2

(Dkt. No. 49), is **GRANTED**; and it is further

**ORDERED** that the claims asserted against defendants Patricia Mendofik and Superintendent T. LaValley are **DISMISSED**; and it is further

**ORDERED** that this case is now deemed trial ready and a trial scheduling order will issue in due course; and it is further

**ORDERED** that the Clerk shall provide a copy of this Order to the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

November 9, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge